# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 866 |
| | : | |
| APPOINTMENTS TO THE JUVENILE | : | SUPREME COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of February, 2021, Michael A. Dinges, Esquire, Lycoming County, Lisa P. Harvey, Esquire, Philadelphia, and Sarah R. Katz, Esquire, Philadelphia, are hereby appointed as members of the Juvenile Court Procedural Rules Committee for a term of six years, commencing April 1, 2021.